UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/4/2022_____

SHOMARI E. NORMANN,

              **Plaintiff,**

-against-

NEW YORK ET AL.,

              **Defendants.**

22-cv-3411 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    The Court is in receipt of Plaintiff's motion dated April 27, 2022. Plaintiff's motion seeks to "submit evidence" in support of the complaint. The Court reads this as a request to amend the complaint. Accordingly, Plaintiff is hereby granted leave to file an amended complaint on or before **December 5, 2022**.

    The Clerk of the Court is respectfully directed to terminate ECF No. 2.

**SO ORDERED.**

Dated:    October 4, 2022
             New York, New York

                                                _____
                                                ANDREW L. CARTER, JR.
                                                **United States District Judge**